**Slip Op. 06-71**


**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: GREGORY W. CARMAN, JUDGE**


| |
|---|
| WHEATLAND TUBE COMPANY and ALLIED TUBE & CONDUIT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>SAHA THAI STEEL PIPE COMPANY, LTD.,<br><br>Defendant-Intervenor. |

Court No. 04-00568


## JUDGMENT

Upon consideration of the United States Department of Commerce's Final Results of

Redetermination Pursuant to Court Remand ("Remand Results") filed March 1, 2006, pursuant

to the Court's decision in <u>Wheatland Tube Co. v. United States</u>, 30 CIT __, 414 F. Supp. 2d 1271

(2006); and upon consideration of Plaintiffs' Motion for Final Judgment Upholding the Remand;

and upon all other papers filed herein; and upon due deliberation, it is hereby

**ORDERED** that Plaintiff's Motion for Final Judgment Upholding Remand is granted;

and it is further

**ORDERED** that the Remand Results are sustained in all respects.

**SO ORDERED.**

The Clerk of the Court is directed to forward copies of this Order to counsel for the parties.

/s/     Gregory W. Carman
Gregory W. Carman

Dated: 16th day of May 2006
     New York, New York